```
 1  KAREN P. HEWITT
    United States Attorney
 2  DAVID D. LESHNER
    Assistant United States Attorney
 3  Federal Office Building
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7163
 5  Email: david.leshner@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2352-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| JORGE MONTES-LEYVA (1), | ) | |
| JUAN PEDRO SIDA-ARELLANO (2), | ) | |
| ALDO MIRAMONTES-CARRILLO (3), | ) | |
| JOVANN ALFREDO ALONSO-PEREZ (4), | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4  association):

5    <u>Name</u>

6    None

7    Please call me at the above-listed number if you have any questions about this notice.

8

9    DATED: July 28, 2008                        Respectfully submitted,

10                                                KAREN P. HEWITT
                                                  United States Attorney
11
                                                  /s/ David D. Leshner
12                                                _____
                                                  DAVID D. LESHNER
13                                                Assistant United States Attorney

14                                                Attorneys for Plaintiff
                                                  United States of America

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Criminal Case No. 08-CR-2352-LAB |
| Plaintiff,                                              ) | |
| v.                                                          ) | CERTIFICATE OF SERVICE |
| JORGE MONTES-LEYVA (1),        ) | |
| JUAN PEDRO SIDA-ARELLANO (2),  ) | |
| ALDO MIRAMONTES-CARRILLO (3), ) | |
| JOVANN ALFREDO ALONSO-PEREZ (4), ) | |
| Defendants.                                         ) | |

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as counsel for the United States on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Victor Torres, Esq.

Howard Frank, Esq.

Andrew Lah, Esq.

Lynn Ball, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2008.

/s/ David D. Leshner
DAVID D. LESHNER

3