1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,            )    Case No. 08-CR-2352-LAB
                                           )
11              Plaintiff,                 )
                                           )
12           v.                            )    **ORDER CONTINUING MOTION**
                                           )    **HEARING AND TRIAL SETTING**
13    JORGE MONTES-LEYVA (1),              )
      JUAN PEDRO SIDA-ARELLANO (2),        )
14    ALDO MIRAMONTES-CARRILLO (3),        )
      JOVANN ALFREDO ALONSO-PEREZ (4),     )
15                                         )
                Defendants.                )
16    _____ )

17

18         IT IS HEREBY ORDERED that the motion hearing and trial setting in this matter be

19    continued from September 8, 2008 to September 22, 2008, at 3:00 p.m.  The defendants are in

20    custody, and the Court finds that time is excludable until September 22, 2008.

21         IT IS SO ORDERED.

22    DATED:  September 3, 2008

23                                              _____

24                                              **HONORABLE LARRY ALAN BURNS**
                                                United States District Judge
25

26

27

28